BEFORE THE FIRST DIVISION, AUGUST 19, 1964

**No. 68738.**—Kwong Hang Co. and Arthur J. Fritz & Co. et al. *v.* United States, protests 59/29565, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic chopsticks similar in all material respects to those the subject of Abstract 66728, the claim of the plaintiffs was sustained.